IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Vonita

Printed: 01/06/09

Case Number: 08 B 04544
Judge: Hollis, Pamela S
Filed: 2/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 17, 2008
Confirmed: July 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.50 |
| Trustee Fee: |  | 19.50 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 280.50 |
| 2. | Credit Union One | Unsecured | 1,767.33 | 0.00 |
| 3. | South Holland Mitsubishi | Unsecured | 265.00 | 0.00 |
| 4. | Commonwealth Edison | Unsecured | 121.42 | 0.00 |
| 5. | T Mobile USA | Unsecured | 86.68 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 1,012.25 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 204.15 | 0.00 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | Chase Cardmember Services | Unsecured |  | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured |  | No Claim Filed |
| 13. | Collection | Unsecured |  | No Claim Filed |
| 14. | CBCS | Unsecured |  | No Claim Filed |
| 15. | Ffcc Columbus Inc | Unsecured |  | No Claim Filed |
| 16. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 17. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 18. | Fbcs Inc | Unsecured |  | No Claim Filed |
| 19. | GC Services | Unsecured |  | No Claim Filed |
| 20. | Illinois Bone & Joint Institute | Unsecured |  | No Claim Filed |
| 21. | Radiology Imaging Consultants | Unsecured |  | No Claim Filed |
| 22. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 23. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 24. | Joel Cardis, LLC | Unsecured |  | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 26. | Medical Collections | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Jones, Vonita

Printed: 01/06/09

Case Number: 08 B 04544
Judge: Hollis, Pamela S
Filed: 2/28/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Michael Reese Hospital And Medical Cntr | Unsecured | | No Claim Filed |
| 28. | ORS | Unsecured | | No Claim Filed |
| 29. | South Suburban Cardiology | Unsecured | | No Claim Filed |
| 30. | MRSI | Unsecured | | No Claim Filed |
| 31. | H & F Law Offices | Unsecured | | No Claim Filed |
| | | | $ 7,001.83 | $ 280.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |
| | $ 19.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

